Summons (Rev. 03/18)

# UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

```
F I L E D
CLERK, U.S. DISTRICT COURT
08/22/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DVE ___ DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. SA CR 23-00114-JWH |
| v. ) | |
| ) | |
| HARISH SINGH SIDHU, ) | **SUMMONS TO APPEAR** |
| aka "Harry Sidhu" ) | |
| ) | |

**TO:** Harish Singh Sidhu

c/o Paul S. Meyer, APC
695 Town Town Center Drive, Suite 875
Costa Mesa, CA 92626

and c/o Law Office Of Craig Wilke
305 N. Harbor Blvd., #216
Fullerton, CA 92832

You are hereby summoned to appear before the United States District Court for the Central District of California at the **Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Santa Ana, California in Courtroom 6A on the 6th Floor**, before the **Duty Magistrate** in the city of Santa Ana on the **5th** day of **September, 2023** at **10:00 a.m.** to answer to an <u>Information</u> (attached hereto) charging you with 18 U.S.C. § 1519, obstruction of justice; 18 U.S.C. § 1343 wire fraud, and 18 U.S.C. § 1001 false statements.

SEE ATTACHED.

Dated: August 17, 2023

cc: Paul S. Meyer, APC
    Craig Wilke

CLERK U.S. DISTRICT COURT

By _____
Deputy Clerk

**RETURN**

This summon was received by me at _Anaheim Ca_ on _8/21/23_.

_____
Harish Singh Sidhu
Defendant