UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP - 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | 8:23-cr-00114-JWH |
| HARRY SIDHU, | **WAIVER OF INDICTMENT** |
| DEFENDANT | |

I, _____Harry Sidhu_____, the above-named defendant, who is accused of _____obstruction of justice, wire fraud, and false statements_____, in violation of _____sections 1519, 1343, and 1001_____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____9/5/23_____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____9-5-23_____
Date

_____9-5-23_____
Date

_____9/5/23_____
Date

_Defendant_ [signature]

_Counsel for Defendant_ [signatures: Paul Meyer, Craig Wilke]

Before: _Judicial Officer_ [signature]

**AUTUMN D. SPAETH**

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                                    WAIVER OF INDICTMENT