```
 1  JOSEPH T. MCNALLY
    United States Attorney,
 2  Acting Under Authority Conferred
    by 28 U.S.C. § 515
 3  MACK E. JENKINS
    Assistant United States Attorney
 4  Chief, Criminal Division
    CHARLES E. PELL (Cal. Bar No. 210309)
 5  MELISSA S. RABBANI (Cal. Bar No. 283993)
    Assistant United States Attorneys
 6  Santa Ana Branch Office
         United States Courthouse
 7       411 West Fourth Street, Suite 8000
         Santa Ana, California  92701
 8       Telephone: (714) 338-3500
         Facsimile: (714) 338-3561
 9       E-mail:    charles.e.pell2@usdoj.gov
                    Melissa.rabbani@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:23-cr-00114-JWH |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING DATE |
| v. | **CURRENT DATE:** 06/14/2024 |
| HARISH SINGH SIDHU, | **PROPOSED DATE:** 12/13/2024 |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Charles E. Pell and Melissa Sedrish Rabbani, and defendant HARISH SINGH SIDHU, both individually and by and through his counsel of record, Craig Wilke and Paul S. Meyer, Esquires, hereby agree and stipulate that the sentencing hearing in this case be continued from June 14, 2024, to December 13, 2024.  This is the first request to continue the

sentencing date.

The parties make this request to continue the sentencing hearing date based upon the parties' need to prepare for sentencing, as well as the reasons in the under-seal supplement to this filing. Therefore, the parties respectfully request that the Court continue the sentencing hearing date to December 13, 2024, at 2:00 p.m. IT IS SO STIPULATED.

                                                                                                                      03.19.2024

_____     _____
CHARLES E. PELL                         Date
MELISSA SEDRISH RABBANI
Assistant United States Attorneys
Santa Ana Branch Office


      ***/s/ per email authorization dated 3/19/2024***
_____     _____
CRAIG WILKE/PAUL S. MEYER               Date
Attorneys for Defendant
HARISH SINGH SIDHU

2