1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11  | UNITED STATES OF AMERICA,   | No. 8:23-cr-00114-JWH
12  |        Plaintiff,           | ORDER CONTINUING SENTENCING
                                    HEARING DATE
13  |           v.                |
14  | HARISH SINGH SIDHU,         |
15  |        Defendant.           |

Based upon the parties' stipulation and good cause, it is hereby **ORDERED** that the sentencing hearing in this case is **CONTINUED** from June 14, 2024, to December 13, 2024, at 2:00 p.m.

**IT IS SO ORDERED.**

| | |
|---|---|
| March 20, 2024 | [signature] |
| DATE | HONORABLE JOHN W. HOLCOMB<br>UNITED STATES DISTRICT JUDGE |