

SIDHU

March 11, 2025

Honorable John W. Holcomb
United States District Court Judge
United States Court House
Santa Ana, CA 92701-4597

Your Honor:

    I have been married to Harish (Harry) Sidhu for 41 years. We built a life together through hard work and determination, taking on extra hours, working weekends and evenings – doing whatever we had to early on in our marriage – to provide for our family. My husband has always been someone I could rely on, a man of honesty, generosity, and always thinking about our family. Seeing him go through this has been painful and distressing.

    This has hit him harder than anything else in his life. He is deeply ashamed of what he has done, and I see it in him every single day. He has spoken to me about his regret, and I know he means it. But even without words, it is obvious – his face, his posture, the way he carries himself now. He is not the same man he was before this happened. He has suffered through several major health problems in these last few years, but nothing has changed him as much as the weight of this. I have been very concerned about his health as this incident has made him physically and emotionally more fragile.

    Despite everything, I know my husband to be a good person. I know this because, when my mother first became ill with cancer, we moved her into our home and he helped me care for her for over 30 years until she passed. He worked hard so that I could be at home with our children when they were young. He has spent his life doing the right thing, being a provider, and putting his family first. This situation does not erase the husband and father he has been.

    We love each other, and I will stand by him, but I know he wants to take responsibility and move forward. I hope you will consider the full picture of our life – who he is, what he has given, and the remorse he carries.

    Thank you for your time and consideration.

Respectfully,

Rajinder (Gin) Sidhu

March 11, 2025

**The Honorable Judge Holcomb,**

I am writing to you with a heavy heart as my father approaches sentencing. This moment is profoundly painful for my family, and I hope to convey both my deep respect for my father and my sincere plea for leniency as you weigh your decision.

My father has always been a man of integrity, a loving parent who raised my brother and I to be thoughtful, intelligent, and kind. He instilled in us values of responsibility, respect, and service to others (the concept of *seva* is central to our Sikh faith meaning "*selfless service*" and though we do not actively practice today, I know he makes my grandparents proud for his years of work with the city). These principles have guided my life and shaped me and my choices. I share this because I want you to know that my father's character is not defined solely by his mistakes but also by the decades of goodness, care, and public service he has offered to his family and community.

Since this ordeal began three years ago, I have watched my father struggle deeply. This experience has taken a toll on him in ways I never imagined possible. He has expressed profound remorse—not only for the legal consequences he now faces but, more importantly, for our grief; the pain and upheaval this has caused our family. He has apologized to my brother and me, fully acknowledging the weight of his actions and the distress they have brought upon us. To see him in this state—grappling with regret, anxiety, and an uncertain future—has been absolutely heartbreaking. I hear it in his voice on every phone call.

Despite this hardship, my father wants to move forward. He has reflected deeply, reckoned with his choices, and now seeks the opportunity to rebuild his life. I sincerely hope the court will consider his years of public service, his loving dedication to his family, and the remorse he has shown in determining a just sentence—one that allows him the chance to contribute positively again rather than be consumed by this chapter.

My father's actions have had consequences, and I do not seek to diminish that reality. But I also know that justice is not only about punishment; it is about fairness, about recognizing the full picture of a person's life, and about allowing room for growth and redemption. My father is a good man who made a mistake. I hope you will see the entirety of his life's work and extend mercy in your judgment.

Thank you for your time and consideration.

**Respectfully,**

*[signature]*

Sohina K. Sidhu

███████████

Kam Bansal



The Honourable John W. Holcomb
District Court
Central District of California
Ronald Reagan Federal Building and U.S. Courthouse
411 W. 4th. Street
Santa Ana, California 92701-4616

Re: Harish Sidhu

Dear Judge Holcomb,

I have written this letter to provide you with my experience with Harish Sidhu ("Harry"), hopefully providing you with some additional insight on his character as you consider his sentence in connection with his guilty plea.

I have known Harry since the early 1980's when he started to date my sister, Rajinder, his now-wife. I have known Harry to be a hard-working individual, always looking out for his family and friends. He has provided support, both financially and personally, to his church, as well as to countless members of his community who just needed a friend.

Harry has always been a family man, providing continued support for our mother, who lived with him for over 35 years, while also caring for his wife and children. Harry was there when our mother was diagnosed with esophgeal cancer, and then a few years later breast cancer, then finally with heart disease which ended her life in 2018. During all 3 medical issues with our mother, Harry provided the support she needed, taking her to the doctors appointments, hospital appointments, and to the ER, without any consideration of his own needs.

I have watched Harry go from nothing to a very accomplished businessman within his community. He has always given back and tries to do the right thing whenever possible.

It's a shame that such a misstep has happened now in his life, when he should be enjoying the fruits of his labour. I know the decision you make regarding Harry's sentencing is a difficult one and cannot be made lightly. I ask that when you are making the decision, please take Harry's continuing positive character into account.

If you have any further questions, please feel free to contact me at any time.

Yours very truly,

Kam Bansal
Brother-in-Law

Jasjit S Johal



September 25, 2024

To whom it may concern,

I am writing this letter to express my support for my brother-in-law, Harish who is currently involved in legal proceedings. I have known Harish for over forty years, and I can personally attest to his character, integrity, and the positive impact he has had on his family, friends, and community.

Before this situation, Harish was an outstanding and respected member of our community. As Mayor of Anaheim, he has always been deeply involved in civic activities, including developing emergency housing for the homeless, organizing and participating in preparing thousands of Thanksgiving meals each year. This Thanksgiving tradition was always our family's favorite. His sense of responsibility, work ethic, and Sikh faith have guided him through life, making this current situation deeply uncharacteristic.

I can attest, firsthand, that this case has taken a tremendous toll on his health, both physically and emotionally. His family has also suffered greatly, and the stress and uncertainty have weighed heavily on them. Harish is a devoted husband and father, and the impact of these proceedings on his loved ones has been immense. Despite the hardships, he continues to strive to be a source of support and love for his family.

I believe this situation does not define who he is. I know him to be someone who accepts responsibility for his actions and is fully committed to making amends and moving forward in a positive direction. He is not a person who seeks to evade accountability, and I am confident that, given the opportunity, he will continue to contribute positively to society and his community.

I respectfully ask you to consider the totality of Harish's character, his previous contributions, and the significant toll this situation has already taken on him and his family. I believe in his capacity to learn and grow from this experience and hope that any judgment will allow him to continue to support his family and rehabilitate his standing in the community.

Thank you for your time and consideration of my words. I am confident that Harish will prove himself worthy of your compassion and understanding.

Sincerely,
Jasjit Johal

Sept 25 2024

The Honorable John W. Holcomb
District Court
Central District of California
Ronald Reagan Federal Building and U.S. Courthouse
411, W. 4th Street
Santa Ana, California 92701-4516

Dear Judge Holcomb,

Harry Sidhu is my brother-in-law, my wife being the sister of Harry's wife Gin.
My wife and I have known Harry for over 40 years and although we live in Hong Kong, we have had many opportunities to spend time together as a family. Harry and Gin have always welcomed us with open hearts and made us feel at home. Nothing has ever been too much trouble.
Harry's kind and generous nature was obvious in the way he opened up his home to his Mother-in-law for over 35 years. For many of those years she was very, very sick. His generous nature and dedication to providing a loving and kindly home was greatly appreciated by all of the family.
Whilst I may have lived overseas and visited Harry and Gin yearly, I have been very aware of Harry's interest in getting involved in serving his local community. He served his time and worked his way up through various offices and positions, solely as a means of providing greater service. He didn't hesitate to put in long hours and go out of his way for that extra mile, putting ideas and people together. I honestly cannot recall an occasion when Harry was not networking so that projects could advance and benefit the community. On numerous occasions, he has opened up his house to entertain local dignitaries, charities and worthy causes, sometimes with the goal of fundraising. On many Thanksgiving occasions, we joined Harry and his family in the car park of the Arrowhead/Honda/Angel stadium in distributing seasonal fare to the needy and underprivileged, another example of Harry's willingness to put others before himself.
It is with a heavy heart that I think of a good man who has worked so hard believing he was helping his community to be put in his current position. I pray that Harry's true nature will be appreciated and justice served in recognition of his good deeds and his dedication to the community in general.

Yours sincerely,

*[signature]* 25 Sep 2024

Paul C. Barton
Cathay Pacific Airways Captain and Royal Air Force (Ret'd)

FROM THE DESK OF

# CHITNIS SHEKHAR

June 11, 2024

## To Whomever It May Concern

Dear Sirs,

My name is Shekhar Chitnis, CEO of HyZero Inc, a California company making Hydrogen Fuel Cell Systems for light vehicles and off-grid power packs.

I have known Harry since 1961 when I moved from London to be his next-door neighbor. Our houses shared a wall, and we realized we slept with our heads just a foot apart for five years. We were neighbors, attended the same school (he was two years ahead of me), and later, the same engineering college. He left for the US after three months in college, while I completed my degree before returning to London.

Growing up, Harry was a big brother to all of us younger kids. He protected us from bullies and taught us skills like spinning a top, throwing stones accurately, and playing Gully-Danda. He always won but encouraged us generously. Those were simple times.

We reconnected in California about 15 years ago after I moved here following eight years in the Midwest and four years in Japan. Harry remained the same, always generous, offering advice, hosting gatherings, and inviting us to meet dignitaries.

Harry continues to be the big brother I met in 1961. Though the age difference no longer matters, he is still there with support and occasional guidance, always given with love. He has been an inspiration to me and many others, demonstrating success and commitment to the American Dream as an immigrant in Orange County.

Apologies for the long letter, but I have much more to share. I will be available via email or phone if needed

Sincerely,

*[signature]*

Shekhar Chitnis

CONTACT

*[redacted]*

# AUCTUS GLOBAL CAPITAL GROUP, LLC

September 12, 2024

The Honorable John W. Holcomb
District Court
Central District of California
Ronald Reagan Federal Building and U.S. Courthouse
411 W. 4th Street
Santa Ana, California 92701-4516

Re: Harry Sidhu

Dear Judge Holcomb:

This letter is written to provide you with my insight into the character of Harry Sidhu ("Harry"), as you consider his sentence in connection with his guilty plea.

I have known Harry for nearly 25 years. When I moved to Orange County ("OC"), taking on a role as a Partner with an OC based law firm, I observed with great interest the positive impact his work was having on our community. As someone with an Indian-American background, I knew that community leaders who understood the needs of our community were scarce. Harry filled that role admirably. His dedication to the community was evidenced by the fact that he initially self-funded all his public office campaigns. His leadership and commitment was exactly what we needed. His vision and efforts made a tangible difference, and his leadership over the decades has only strengthened our community.

Harry and I became friends. I supported a number of his campaigns, both financially, and with introductions to other folks who were pillars of the OC community. Harry was the sort of person who always looked out for others; always willing to lend a helping hand; always being solicitous and going that extra yard in making sure people around him were comfortable, and doing whatever was in his power to make their lives better.

Not only have I known Harry for many years, but I have had the pleasure of knowing his wife, Rajinder, more fondly known as "Ginny". Ginny is one of the kindest and gentlest persons I have ever met. She has been devastated by the turmoil in their lives over the past year. I have seen first-hand how distraught Harry has been, especially by the effect his actions have had on his wife, Ginny, his daughter, Sohina, and his son, Rohan. They are the innocents in this matter. They have stood by Harry through his trials and tribulations, unflaggingly supporting him and keeping the family unit intact; surrounding him with love and ensuring that he knows that they are there with him shoulder-to-shoulder, facing up to whatever life may throw at them. It is my strong belief that as innocents here, and having suffered so greatly over the past year, Ginny, Sohina, and Rohan deserve to have their husband and father with them. They have suffered enough. I would only ask that you temper justice with compassion and consider the impact incarceration would have on Harry's innocent family and whether they would actually be living the sentence with him.

The Honorable John W. Holcomb
District Court
Central District of California
Page Two

I would urge your Honor to be compassionate, and keep Harry's family front and center when imposing the Court's sentence. Here is a man who has, while achieving personal success, also made sure that he gave his heart and soul to the larger community around him so that his actions may have an impact on many hundreds of lives.

I know the decision you make is a difficult one, but I would beseech you to have leniency as you consider my friend's fate.

Very truly yours,

Shiv Grewal
Managing Partner

September 11, 2024

To Whom It May Concern,

I am writing to offer my wholehearted support for Mr. Harry Sidhu, a man I have had the privilege of knowing for over 20 years. During this time, I have seen Harry demonstrate an unwavering commitment to our community, dedicating himself to improving the lives of those in need and fostering a sense of unity and compassion through his charitable work.

Harry's contributions to addressing homelessness have been particularly noteworthy. His leadership in establishing shelters has provided a safe haven for countless individuals, offering them not only shelter but also hope and the opportunity for a fresh start. In addition to his work with the homeless, Harry has been instrumental in organizing free medical camps that deliver essential healthcare services to underserved populations. His focus on public health is further evident in the health fairs he has arranged, which have brought vital medical care and awareness to those who may not have access to regular health services.

Beyond his efforts in public health and homelessness, Harry is a tireless volunteer who is always looking for ways to give back to the community. Whether organizing food banks, coordinating relief efforts, or leading initiatives to help those facing hardship, Harry's generosity and compassion know no bounds. His selfless dedication to the well-being of others exemplifies the best of what it means to serve one's community.

Harry's leadership and problem-solving abilities, combined with his deep empathy for others, make him a highly respected figure in our community. He is not only someone who identifies needs but also takes decisive action to address them. His ability to connect with people and provide support during difficult times has made him a trusted friend and neighbor to many, including myself.

In light of Harry's longstanding service to the community and the positive impact he continues to make, I sincerely hope the court will take into account his extraordinary contributions when considering his case. His work has touched many lives, and his dedication to helping others is a testament to his character.

Please do not hesitate to contact me should you require further information.

Sincerely,
Janak R. Chopra, MD

Re: Character Reference                                February 7, 2024

To Whom It May Concern

My name is Anita Pande. I am a retired high school science teacher. I have enjoyed knowing Mr. Harry Sidhu for more than 50 years. We are high school friends and maintain close friendships with our families. Harry is very responsible, dependable, and of good morals and character. He possesses remarkable qualities that make him stand out in every position he has held in the government or otherwise.

Harry demonstrates exceptional interpersonal skills that connect him immediately to everyone he interacts with. That is how our families are so well connected. His wife and Harry both seek opportunities for growth and self-improvement. They like to communicate with people and entertain the community by organising events which people from all walks of life attend. He wants to help and give back to the community. Throughout our friendship, I have witnessed Harry excel in all his endeavours. He is willing to go the extra mile to achieve his goals and has shown exceptional determination and resilience in facing challenges.

I hope our friendship continues to grow and flourish.
Please do not hesitate to contact me at ▇▇▇▇▇▇▇▇▇▇ or ▇▇▇▇▇▇ with any questions.
Regards
Anita Pande

**Anita De Leon**

September 10, 2024

RE: Character Reference for Harish Sidhu

Your Honor,

My name is Anita De Leon, and I have had the privilege of knowing Harish Sidhu (Harry) for over 35 years through my close friendship with his spouse, Rajinder Sidhu (Gin).

Over the years, I have come to know Harry as honorable, hardworking and a supporting individual with qualities that I believe define his character.

In the early years of my friendship with Gin, I would often hear about Harry in passing conversations with her. As our friendship grew, I spent more time with both Harry and Gin, enjoying many hours in their company.

One particular instance that stands out is when my elder son, Justin, wanted to start a restaurant business. Without hesitation, as Harry is in the restaurant business, Harry took the time out of his busy schedule to offer guidance, having phone conversations with my Son to provide advice and support in any way he could.

Despite his demanding work life, Harry generously gave his time to help, demonstrating his humility and willingness to assist others.

Since my retirement as a Paralegal, I have spent more time with Harry and Gin, and this has only reinforced the respect I have for Harry.

Over the years, I have always regarded him as an upstanding man, and through my more recent interactions, I have personally experienced his integrity and warmth. He has always struck me as someone committed to his family, his work and the people in his life and in his community.

It is with great sadness that I have witnessed the toll this legal process has taken on Harry. The waiting period for sentencing has been particularly difficult for him, and I have seen firsthand how it caused him to decline both mentally and physically. This prolonged uncertainty has weighed heavily on Harry, becoming a burden of his own, as it has aged and worn both my friends down in ways that are hard to quantify.

In my 35 plus years of knowing Harry, I have always known him to be a person of good character.

I respectfully request that you consider my statements when evaluating his case. I believe he has already faced significant consequences due to the strain of this process, and I sincerely hope that this is taken into account,

Thank you for your time and consideration of this letter. Should you need any further information, I would be more than willing to provide it.

Sincerely,

*Anita De Leon*

Anita De Leon

Re: Character Reference                                              11Sep2023

To Whom It May Concern:

My name is Alice Jacob Lal, I am the former Director of Child Development Center for Mission College. Prior to my retirement, I held that position for 30+ years. I have personally known Harrish Sidhu for more than 40 years since he and his family's residence in Granada Hills, CA.

Harrish Sidhu has always remained passionate about helping people. His multifaced skills have allowed him the opportunity to give back to his community over the years. His love for people and the communities he has served over the years is what truly drives his can do/own it mindset. Over the many years that I have known Harrish, he has always demonstrated a commitment to his family, community, and has modeled what a hard-working individual should be.

Harrish holds himself and those around him to a high standard, he exemplifies someone with strong morals, good character and integrity.

Harrish's late mother in law was my very best friend, she and I knew each other for almost 60 years before her passing. I saw, firsthand, how he cared for her until her last breath. Harrish is a kind, loving, hardworking, and passionate person that deserves every opportunity that this life has to offer.

*Alice J Lal*

Thank you for your time,

Alice J. Lal

## Mahesh S. Vyas, M.D.
*Board Certified Allergies for Adults and Children; Board Certified Pediatrician*
Past President of IMASC, Indian Medical Association of Southern California
Co-Presidents of the SoCal chapter of Pratham

The Honorable John W. Holcomb
District Court
Central District of California
Ronald Reagan Federal Building and U.S. Courthouse
411 W. 4th Street
Santa Ana, California 92701-4516

Respected Judge Holcomb:
I am writing this letter in support of my long term friend Harry Sidhu.

I have known Harry for close to 28 years. I have known him as an entrepreneur, community leader, community service leader, a true friend and a great husband and family man. In every aspect of his persona, he has been an honest and outstanding individual.

As the past President of IMASC, Indian Medical Association of Southern California, I have worked with him when he led the community Health Fair for the City of Anaheim. I have witnessed him giving countless hours for community service leading all the way to Covid pandemic when he distributed thousands of masks and other necessities to the community.

I have built my medical building in the City of Anaheim. He helped to facilitate the approval process without bending any rules and without any expectations of reciprocity but by giving proper guidance. I have found his ethics to be impeccable.

My wife, Dr. Jayshree Vyas, also a past president of IMASC, and I work for many non-profits. Currently we are Co-Presidents of the SoCal chapter of Pratham, a globally recognized charity. Harry has always given generously for many humanitarian causes. He has been an invited speaker at many of our Annual Conventions and fundraisers.

I personally know Harry's wife Ginny and his entire family. Naturally they all are distraught due to current affairs. While you are considering sentencing, I appeal to you to consider Harry's community services, leadership, generous giving and especially his lovely family.

Respectfully,

*[signature]*   9/23/24

Mahesh Vyas M.D.

Nitin Shah, MD



To Whom It May Concern

    I am Dr. Nitin Shah, An Anesthesiologist and Intensivist, retired from Long Beach VA after 32 plus years of service in 2024 and currently working as a Professor of Anesthesiology & Critical Care at Loma Linda University, Loma Linda, CA. I have known Mr. Harry Sidhu and his family for over 25 years as an active politician and a leader in Southern California.

    I have been organizing free community health fairs in Southern California since 1992. Mr. Sidhu has been aware of it and along with Late Mr. Pravin Mody of GBS Linens came to me in 2006 and requested me to organize such health fairs for his constituents of Anaheim and others. He gave us all the support needed as a council member of the City of Anaheim with giving us the place for it and help raise funds via donations. The community's participation was great and the City was so happy that this Anaheim Health Fair (AHF) became an annual event. The City of Anaheim has not only made AHF an annual event but also arranged Anaheim Convention Center as the place. Along with GBS Linens, and the City of Anaheim, Anekant Community Center (ACC) that I am a founding president of has been the founding partners of AHF. AHF has grown exponentially and remains the biggest health fair in Southern California. We organize it now for two days. Mr. Sidhu had the vision and desire to help people. It is his kindness that saw the seeds for this magnificent annual event.

    Harry has been organizing many events at his home for India and USA's various events and has been an excellent host. I Was very fortunate to be invited to many events over the years. His friendly nature and generosity made him very popular in the community. Anytime anyone approaches him for a favor, he will do his best to help the needy. This includes the help that the Jain community needed in 2008. Harry helped us procure Anaheim Convention Center for JAINA's (Federation of Jain Associations in North America) Biennial convention to be held in July 2009. Economic downturn posed financial challenges for JAINA. It

was Harry who helped us with the Anaheim Convention Center's commitment.

Mr. Sidhu has served the community over several decades selflessly. I sincerely wish his honest community work, kindness with people, great service to humanity and very good leadership will be considered by the court.

Please feel free to contact me if there are any questions and/or I can be of any assistance.

Sincerely,

*Nitin Shah*

Nitin Shah, MD.