UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No.   8:23 -cr-00114-JWH                                        Date: March 28, 2025

Present: The Honorable:   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

Interpreter   Not Present

| Priscilla Deason for Clarissa Lara | Sharon Seffens | Melissa Sedrish Rabbani |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant | Present | Bond | Custody | Attorneys for Defendant: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Harish Singh Sindu | X | X | | Paul Meyer | X | | X |
| | | | | Craig Wilke | X | | X |

## Proceedings: SENTENCING

Counsel state their appearances.

Sentencing hearing held. See separate Judgment and Commitment Order.

cc:   USPPO

Initials of Deputy Clerk   1:16
pd